**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

November 13, 2019

Honorable Vincent Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re:   **_United States v. Jamal Newkirk_, 19 Cr. 268 (VB)**
      **Supplemental Defense Sentencing Exhibit**

Dear Judge Briccetti:

I am in receipt today of the attached letters and photograph in support of the defendant's sentencing submission, which was filed on November 11, 2019. (See, ECF Doc. No. 9). I write to the Court to request they be added as an exhibit in further support. Sentencing is scheduled for Thursday, November 21, 2019 at 2:30 pm.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Lindsey Keenan (By ECF)